**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA HURT-GRUBB, )| |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  1:11-cv-1196-JDB-egb |
| ) | |
| BUREAU OF COLLECTION ) | |
| RECOVERY, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, LINDA HURT-GRUBB, and Defendant, BUREAU OF COLLECTION RECOVERY, INC. by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which both parties anticipates will be finalized within the next 30 days.

Parties therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: October 5, 2011                                  RESPECTFULLY SUBMITTED,

 By: __/s/ Shireen Hormozdi_____
Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 861-1390
shormozdi@consumerlawcenter.com


Dated: October 5, 2011                                  RESPECTFULLY SUBMITTED,

By:____/s/ Whitney K. Fogerty_____
Whitney K. Fogerty (TN Bar #20082)
Jackson Lewis, LLP
999 Shady Grove Road, Suite 110
Memphis, Tennessee 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
fogertyw@jacksonlewis.com
Attorneys for Defendant