IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LINDA HURT-GRUBB,

    Plaintiff,

v.      No. 11-1196-JDB

BUREAU OF COLLECTION
RECOVERY, INC.,

    Defendant.
_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

    This court, having been advised by the Notice of Settlement filed October 5, 2011 indicating that settlement had been reached on all matters in this case, directs that this action be DISMISSED. Furthermore, any pending motions are DENIED as moot and all proceedings currently set before the court are removed from the court's calendar.

    The dismissal granted herein shall be without prejudice for a period of 30 days from the entry of this order. If settlement is not consummated within that 30 day period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

    **IT IS SO ORDERED** this 15th day of December, 2011.


                                                 s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE